challenge. *See United States v. Cespedes,* 151 F.3d 1329, 1335 (11th Cir.1998) ("[T]he power of the prosecutor under § 851 to increase the mandatory minimum sentence facing the defendant is no greater than the classic power of the executive to choose between charges carrying different mandatory penalties."); *see also United States v. Holmes,* 838 F.2d 1175, 1178 (11th Cir. 1988) (explaining that "[i]t is for Congress to say what shall be a crime and how that crime shall be punished."). Accordingly, there is no merit to Martinez–Blanco's separation-of-powers claim.

Because each of Martinez–Blanco's challenges is foreclosed by this court's case law, we AFFIRM the sentence imposed.

**AFFIRMED.**

Before MARCUS, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Louis R. Hardin, appointed counsel for Robert Beltz in this direct criminal appeal, has moved to withdraw from further representation of the appellant because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Beltz's conviction and sentence are **AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Robert BELTZ, Defendant–Appellant.**

**No. 08–16817**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 13, 2009.

Robert Beltz, Jesup, GA, pro se.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Mark Raymond FORD, a.k.a. Dred, a.k.a. Benjamin Lee Green, a.k.a. Donald Wray, Defendant–Appellant.**

**No. 09–10485**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 13, 2009.

Charles Lee Truncale, Law Office of Charles Lee Truncale, Jacksonville, FL, for Defendant–Appellant.